GEORGE M. LA DUKE, Respondent, *v.* HUDSON RIVER TELEPHONE COMPANY, Appellant.

*La Duke* v. *Hudson River Telephone Co.*, 151 App. Div. 910, affirmed.
(Argued February 4, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 15, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Frank E. Smith* and *Thomas B. Cotter* for appellant.

*Nelson L. Robinson* and *Fred M. La Duke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.